UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REGINA MICELLE MARSHALL,<br><br>Defendant. | Case No.  15-cv-01613-KAW<br><br>**ORDER TERMINATING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. Nos. 15, 18 |

On April 24, 2016, Defendant Regina Micelle Marshall filed a motion for summary judgment. (Dkt. No. 15.)  On April 25, 2016, the United States filed a request to clarification regarding the timeliness of Defendant's motion. (Dkt. No. 18.)  Specifically, the Government inquired as to whether the motion was filed prematurely pursuant to the Court's Order Establishing Case Management Procedures in Student Loan Cases, as motions for summary judgment are typically discussed at the case management conference, which has not occurred. *Id.*

The Court finds that Defendant's motion is premature, as the parties have not appeared at an initial case management conference. Defendant's motion for summary judgment is, therefore, TERMINATED. The Court will hold a case management conference on **June 21, 2016** at 1:30 p.m. in Courtroom 4, 1301 Clay Street, Oakland, California.

Additionally, Defendant is reminded that, even though she is filing electronically, she is required to provide the court with paper ("chambers") copies of all filings.

IT IS SO ORDERED.

Dated: April 28, 2016

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California