UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REGINA MICELLE MARSHALL,<br><br>Defendant. | Case No. 15-cv-01613-KAW<br><br>**ORDER TERMINATING DEFENDANT'S REQUEST FOR DISCOVERY**<br><br>Re: Dkt. No. 25 |

On July 14, 2016, Defendant Regina Micelle Marshall filed a document entitled "Defendant's Request for Discovery," in which she requested various documents and a detailed accounting of all amounts due on her student loan. (Dkt. No. 25.) This filing, however, is formal discovery, rather than a discovery dispute, which should not be filed on the docket. Instead, Ms. Marshall must follow the Federal Rules of Civil Procedure in propounding her discovery, including a set of "requests for production of documents" in accordance with Rule 34.

Discovery is the formal process used to obtain evidence, and it is not intuitive, so Defendant is encouraged to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for pro se litigants—by calling (415) 782-8982. She may also wish to consult a manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at:

*http://cand.uscourts.gov/proselitigants*.

Accordingly, Defendant's Request for Discovery is TERMINATED, and she is advised to propound discovery in accordance with the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: July 19, 2016

KANDIS A. WESTMORE
United States Magistrate Judge