1  MICHAEL COSENTINO, SBN 83253
   Counsel for the United States
2  P.O. Box 129
   Alameda, CA 94501
3
   Telephone: (510) 523-4702
4  Facsimile: (510) 747-1640
5  Attorney for United States of America,
   Plaintiff
6

7            UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        Case No. CV15-01613 SLM KAW (LB)

10              Plaintiff,           STIPULATION FOR ORDER
                                     DISMISSING CASE WITH PREJUDICE
11       v.                          AND [PROPOSED] ORDER THEREON

12 REGINA M. MARSHALL,

13 _____ Defendant./  CMC HEARING:
                                      DATE: DECEMBER 6, 2016
14                                    TIME: 1:30 P.M.
                                      CTRM: 4, 3RD FLOOR
15                                    1301 CLAY STREET, OAKLAND, CA

16    **THE ABOVE ENTITLED PARTIES HEREBY STIPULATE THAT** the above

17 entitled action be dismissed with prejudice on the ground that the debt that is the

18 subject of this action has been consolidated; therefore, the said debt no longer exists.

19 November 17, 2016    _____
                         Michael Cosentino, Counsel for the United States
20
21 November 17, 2016    _____
                         Regina M. Marshall, defendant in pro se
22

23    The foregoing stipulation having been considered, the matter having been

24 submitted and good cause appearing therefor,

25    **THE COURT ORDERS THAT** the above entitled action be and hereby is

26 dismissed with prejudice.

27 ///

28 Dated: 12/6/2016         _____
                             Kandis A. Westmore, Magistrate Judge
                             United States District Court